```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


DAVID M. HUBBARD SR.,            :
                                 :
        Plaintiff,               :
                                 :
    v.                           :  Civil Action No. 08-0254 (JR)
                                 :
JAMES H. BILLINGTON, Librarian   :
of Congress,                     :
                                 :
        Defendant.               :
```

**NOTICE UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

No proof of service has been filed within the time permitted by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff will TAKE NOTICE that, unless proof of service is filed by 7/13/08, or further extension of time is granted for good cause shown, this case will be dismissed without prejudice.

                                        JAMES ROBERTSON
                                    United States District Judge